# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162969(65)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARC ANTHONY OSBORNE,
      Defendant-Appellant.

_____/

SC: 162969
COA: 346867
Kent CC: 99-006518 -FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for the application for leave to appeal is GRANTED. The 74-page application submitted on May 6, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2021



Clerk